B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Southern District of Alabama

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Holiday Isle, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-1112857** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**41 West I-65 Service Rd. N.**<br>**Suite 300**<br>**Mobile, AL**<br>ZIP CODE **36608** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mobile** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1601 Bienville Boulevard, Dauphin Island, AL**     ZIP CODE **36528** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Holiday Isle, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **Southern District of Alabama** | Case Number: **08-14135** | Date Filed: **10/23/2008** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X **Not Applicable** <br> Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Holiday Isle, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/Irvin Grodsky**<br>Signature of Attorney for Debtor(s)<br><br>**IRVIN GRODSKY  Bar No.**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Irvin Grodsky, P.C.**<br>Firm Name<br><br>**P.O. Box 3123 Mobile, AL  36652**<br>Address<br><br>**(251) 433-3657**  **(251) 433-3670**<br>Telephone Number<br><br>**7/23/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ The Mitchell Company, Inc., Sole Member**<br>Signature of Authorized Individual<br><br>**The Mitchell Company, Inc., Sole Member**<br>Printed Name of Authorized Individual<br><br>**by Paul Charles Wesch, Exec. Vice-Pres**<br>Title of Authorized Individual<br><br>**7/23/2010**<br>Date | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ALABAMA**

In re: **Holiday Isle, LLC**                                 Case No. _____

                **Debtor**                                    Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **13** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **7/23/2010**                        Signed: **s/ The Mitchell Company, Inc., Sole Member**
                                                    **The Mitchell Company, Inc., Sole Member**

Signed: **/s/Irvin Grodsky**
        **IRVIN GRODSKY**
        Attorney for Debtor(s)
        Bar no.:
        **Irvin Grodsky, P.C.**
        **P.O. Box 3123**
        **Mobile, AL  36652**
        Telephone No.:   **(251) 433-3657**
        Fax No.:         **(251) 433-3670**
        E-mail address:

A. Carson I. Nicolson, Esq.
8 North School St.
Fairhope, AL  36532


A. Richard Maples, Jr., Esq.
P.O. Box 1281
Mobile, AL  36633


Airwind, Inc., Video & Photo
107 S. Bayou Street
Mobile, AL  36602


Alabama Dept. of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL  36132-0001


Alabama Power Company
13250 N. Wintzell Ave.
Bayou La Batre, AL  36509


Allan L. McLeod, Jr.
1309 Soundview Trail
Gulf Breeze, FL 32561


AM Enterprises, LLC
625 Berridge Drive
Ridgeland, MS  39157


Andrew Crisp
8 Moreno Point Road
Destin, FL  32541


Arthur (Chip) Drago
479 Winslow Drive
Mobile, AL 36608

Case 10-03365    Doc 1    Filed 07/23/10    Entered 07/23/10 09:33:54    Desc Main
                  Document      Page 5 of 17

Arthur R. Fitzner
901 Highway 45 North
Columbus, MS  39701


Barry A. Brock, Esq.
Walston Wells & Birchall LLP
P.O. Box 830642
Birmingham, AL  35283-0642


Benchmark Communications
4354 Old Shell Rd., PMB 323
Mobile, AL  36608


Bille A. Murry
1202 Acker Drive
Albany, GA  31707


Brian Hennick
5450 Flintwood Court
Pensacola, FL  32504


Bryan Henderson
5449 Rowe Trail
Pace, FL  32571


Burr & Forman, LLP
P.O. Box 830719
Birmingham, AL  35283-0719


Carissa Carisse
1272 Welcome Road
Newman, GA  30263


Carl E. Underwood, III
163 W. Main Street
Dothan, AL 36303

Catherine G. McAleer
5285 Dog River Lane
Theodore, AL  36582


Celestine F. Taylor
4272 Bit & Spur Road
Mobile, AL  36609


Charles Andrew Harrell, Jr., Esq.
229 East 20th Ave., Suite 110
Gulf Shores, AL  36547


Charles D. and Donna M. Steinau
3687 West Galbraith Road, #38
Cincinnati, OH  45247


Charles E. Campbell
151 West Airport Blvd.
Pensacola, FL  32505


Charles L. Miller, Jr.
P.O. Box 2232
Mobile, AL  36652


Chester J. Stefan
c/o The Mitchell Company, Inc.
P.O. Box 160306
Mobile, AL  36616-1306


Chris Golonka & Kazimierz Golonka
307 Sandy Cay Drive
Miramar Beach, FL  32550


Christopher Kern
P.O. Box 210
Mobile, AL 36601

Craig D. Olmstead
234 Office Park Drive
Gulf Shores, AL 36542


Dan Cushing, Esq.
2653-B Old Shell Road
Mobile, AL 36607


Dee Chernicky
4356 Grandpointe Place
Pensacola, FL 32514


Donald C. Radcliff, Esq.
P.O. Box 1668
Mobile, AL 36633


Donald P. Kelly, Jr.
c/o The Mitchell Company, Inc.
P.O. Box 160306
Mobile, AL 36616-1306


Dr. Robert C. Nusbaum
3180 Hyde Park Place
Pensacloa, FL 32503


Edmond Fortune
5449 Rowe Trail
Pace, FL 32571


Fantastic Finishes
1600 Doe Street
Ocean Springs, MS 39564


Fire Protection Specialists, Inc.
1701 Industrial Park Dr.
Mobile, AL 36691

Forrest Daniell & Associates
8007 American Way
Daphne, AL  36526


Fred Pace
8 Moreno Point Road
Destin, FL  32541


Glass, Inc.
11746-B Foley Beach Express
Foley, AL  36535


Greg Woodfin
225 Chipley Avenue
Pensacola, FL  32503


Gregory Downs
705 Engram Street
Montezuma, GA  31063


Holiday Isle Owners Association, In
1601 Bienville Blvd., Suite 100
Dauphin Island, AL  36528


Island Condominums, LLC
P.O. Box 1169
Madisonville, LA  70447


J & R Investments, LLC
7335 Davis Lane
Spanish Fort, AL  36527


James and Mary Livingston
108 Lake Shore
Cary, IL  60013

Jason R. Williams
4356 Grandpointe Place
Pensacola, FL  32514

Jay H. and Lisa T. Murray
4 Danmor Place
Dothan, AL  36303

JDC Acquisition Corporation
c/o The Mitchell Company, Inc.
P.O. Box 160306
Mobile, AL  36616-1306

Joan E. and Michael T. Lynch
P.O. Box 774
Orange Beach, AL  36561

John B. Saint
c/o The Mitchell Company, Inc.
P.O. Box 160306
Mobile, AL  36616-1306

Joseph Campus, IV
211 Shirley Drive
Gulf Breeze, FL  32561

Joseph J. Campus, III
1311 Soundview Trail
Gulf Breeze, FL  32561

Joseph R. Guy
5285 Dog River Lane
Theodore, AL  36582

Kathy Jumper (Drago)
479 Winslow Drive
Mobile, AL 36608

Keith Roberts
1272 Welcome Road
Newman, GA  30263


Kenneth R. Thompson
4816 Sherri Lane
Orange Beach, AL  36561


Kevin Roberts
1272 Welcome Road
Newman, GA  30263


Lawrence B. Voit, Esq.
4317-A Midmost Drive
Mobile, AL  36609


Lois Robinson & Associates
P.O. Box 66604
Mobile, AL  36660


Marceline G. Holladay
5285 Dog River Lane
Theodore, AL  36582


Marilyn E. Wood, Rev. Comm.
P.O. Box 1169
Mobile, AL  36633-1169


Mark Adam Jones
P.O. Box 5551
Dothan, AL 36302


Mark Adam Jones
P.O. Box 5551
Dothan, AL 36302

Case 10-03365    Doc 1    Filed 07/23/10    Entered 07/23/10 09:33:54    Desc Main
                  Document      Page 11 of 17

Mark E. Spear
P.O. Box 1347
Mobile, AL 36633-1347


Mary Jo Rapetti
545 Skyview Drive
Nashville, TN 37206


McCoy's Landscaping, Inc.
10500 Hunters Ridge Dr.
Mobile, AL 36695


Michael Claude Rayboun, Esq.
Anchors Smith Grimsley
118 North Gadsen Street
Tallahassee, FL 32301


Michael Combs
213 Sabine Drive
Pensacola Beach, FL 32561


Michael Nix
6036 Saddle Club Road
Pace, FL 32571


Myron and Denise Shewchuk
1212 S. George Street
Barrington, IL 60010


Patco A/C Service, LLC
P.O. Box 91209
Mobile, AL 36691-9120


Patricia G. Burke
5285 Dog River Lane
Theodore, AL 36582

Paul Thompson
P.O. Box 774
Orange Beach, AL  36561


Paul Wesch
P.O. Box 160306
Mobile, AL  36616-1306


Peter F. Burns, Esq.
P.O. Box 1583
Mobile, AL  36633


Phillip Wolfe
5449 Rowe Trail
Pace, FL  32571


Quad D. Rentals, LLC
881 Upper River Road
Americus, GA  31709


Randall A. Coggins
4816 Sherri Lane
Orange Beach, AL  36561


Raymond Hennick
5450 Flintwood Court
Pensacola, FL  32504


RBC Centura Bank
c/o Deborah Hembree, Esq.
P.O. Box 1988
Mobile, AL  36633-1988


RBC Centura Bank
30500 A. Hwy 181
Spanish Fort, AL  36527

RBC Centura Bank
c/o Robert E. Clute, Esq.
P.O. Box 1988
Mobile, AL 36633-1988


RBC Real Estate Finance Inc.
Attn: daniel B. Reid - Loan Product
11011 Richmond Ave, Ste. 850
Houston, TX 77042-6792


RBC Real Estate Finance, Inc.
c/o CSC Lawyers Incorporating Svc I
150 South Perry Street
Montgomery, AL 36104-4227


RBH, LLC
1272 Welcome Road
Newman, GA 30263


Reclaro, Inc.
c/o Robert Tortagada, Jr.
5450 Flintwood Court
Pensacola, FL 32504


Richard Hambric, Sr.
201 East Broad Avenue
Albany, GA 31705


Richard Murray, III
215 S. McGregor Ave.
Mobile, AL 36608


Robert Downs
705 Engram Street
Montezuma, GA 31063


Robert Tortagada, Sr.
5450 Flintwood Court
Pensacola, FL 32504

Robert W. and Evelyn W. Young
3480 Dunwoody Drive
Pensacola, FL  32503



Ronald and Becky Densman
5449 Rowe Trail
Pace, FL  32571



SCI, LLC
c/o Douglas Anderson
718 Downtowner Boulevard
Mobile, AL  36609



Servpro
P.O. Box 161028
Mobile, AL  36616



Servpro of South Mobile Co.
P.O. Box 1675
Theodore, AL  36590



Spectrum Associates, LLC
800 Hillcrest Road
Suite B, Bldg. 6
Mobile, AL  36695



Stephen Shell
5449 Rowe Trail
Pace, FL  32571



Steven and Felicia Northcutt
5449 Rowe Trail
Pace, FL  32571



John L. and Tracey T. Gardner
2317 Peacock Lane
Birmingham, AL  35223

Steven Van Gogh
1272 Welcome Road
Newman, GA  30263


Surety Land Title, Inc.
c/o Chase R. Laurendine, Esq.
P.O. Box 850817
Mobile, AL  36685


The Claro Group, LLC
70 West Madison
Suite 4800
Chicago, IL  60602


The Mitchell Company
P.O. Box 160306
Mobile, AL  36616-1306


The Mitchell Company, Inc.
P.O. Box 160306
Mobile, AL  36616-1306


Thomas and Lisa McKinley
150 Carondelet Plaza, #501
St. Louis, MO  63105


Three M Properties, LLC
2467 N. Magnolia Avenue
Pensacola, FL  32503


Tim Roberts
1272 Welcome Road
Newman, GA  30263


Timothy I. Warren
4141 Tyus Road
Carrollton, GA  30117

```
W.G. Yates & Son Construction
P.O. Box 1354
Biloxi, MS  39533



Wayne Chernicky
Trustee Wayne Chernicky Trus
4356 Grandpointe Place
Pensacola, FL  32514


Wayne Waddell
6036 Saddle Club Road
Pace, FL  32571
```