B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**

**Southern District of Alabama**

In re **Holiday Isle, LLC**                                                    ,    Case No. _____

Debtor                                                          Chapter  __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Burr & Forman, LLP**<br>**P.O. Box 830719**<br>**Birmingham, AL  35283-0719** | | | **CONTINGENT**<br>**UNLIQUIDATED** | **$344,000.00**<br><br>**SECURED VALUE:** |
| **W.G. Yates & Son Construction**<br>**P.O. Box 1354**<br>**Biloxi, MS  39533** | | | **DISPUTED** | **$87,700.54** |
| **A. Carson I. Nicolson, Esq.**<br>**8 North School St.**<br>**Fairhope, AL  36532** | | | | **$75,000.00** |
| **Holiday Isle Owners Association, Inc.**<br>**1601 Bienville Blvd., Suite 100**<br>**Dauphin Island, AL  36528** | | | | **$65,646.96** |
| **The Claro Group, LLC**<br>**70 West Madison**<br>**Suite 4800**<br>**Chicago, IL  60602** | | | | **$64,524.00** |
| **Peter F. Burns, Esq.**<br>**P.O. Box 1583**<br>**Mobile, AL  36633** | | | | **$50,000.00** |

In re **Holiday Isle, LLC** _____ , Case No. _____

Debtor                                        Chapter   11   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| A. Richard Maples, Jr., Esq.<br>P.O. Box 1281<br>Mobile, AL  36633 | | | | $38,800.00 |
| Donald C. Radcliff, Esq.<br>P.O. Box 1668<br>Mobile, AL  36633 | | | | $33,000.00 |
| Craig D. Olmstead, Esq.<br>234 Office Park Drive<br>Gulf Shores, AL  36542 | | | | $25,000.00 |
| Arthur R. Fitzner<br>901 Highway 45 North<br>Columbus, MS  39701 | | | DISPUTED | $11,000.00 |
| Kenneth R. Thompson<br>4816 Sherri Lane<br>Orange Beach, AL  36561 | | | DISPUTED | $11,000.00 |
| Thomas and Lisa McKinley<br>150 Carondelet Plaza, #501<br>St. Louis, MO  63105 | | | DISPUTED | $11,000.00 |

In re **Holiday Isle, LLC**                              , Case No. _____

_____

Debtor                                        Chapter    11   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Allan L. McLeod, Jr.<br>1309 Soundview Trail<br>Gulf Breeze, FL 32561 | | | DISPUTED | $11,000.00 |
| Charles D. and Donna M. Steinau<br>3687 West Galbraith Road, #38<br>Cincinnati, OH 45247 | | | DISPUTED | $11,000.00 |
| Richard Murray, III<br>215 S. McGregor Ave.<br>Mobile, AL 36608 | | | DISPUTED | $11,000.00 |
| Arthur (Chip) Drago<br>479 Winslow Drive<br>Mobile, AL 36608 | | | DISPUTED | $11,000.00 |
| Greg Woodfin<br>225 Chipley Avenue<br>Pensacola, FL 32503 | | | DISPUTED | $10,000.00 |
| Charles E. Campbell<br>151 West Airport Blvd.<br>Pensacola, FL 32505 | | | DISPUTED | $10,000.00 |

In re **Holiday Isle, LLC** , Case No. _____

Debtor

Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Jay H. and Lisa T. Murray**<br>**4 Danmor Place**<br>**Dothan, AL  36303** | | | DISPUTED | $10,000.00 |
| **Robert Tortagada, Sr.**<br>**5450 Flintwood Court**<br>**Pensacola, FL  32504** | | | DISPUTED | $10,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, The Mitchell Company, Inc., Sole Member, by Paul Charles Wesch, Exec. Vice-Pres of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **7/23/2010**  _____

Signature:  **s/ The Mitchell Company, Inc., Sole Member**  _____

**The Mitchell Company, Inc., Sole Member ,by Paul Charles Wesch, Exec. Vice-Pres** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.