IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: *

HOLIDAY ISLE, LLC, * Case No. 10-03365

    Debtor. *

## MOTION TO DISMISS BY RBC REAL ESTATE FINANCE INC.

RBC Real Estate Finance Inc. ("RBC REFI"), the secured creditor in the above-styled case, hereby moves the Court, pursuant to §1112(b) of the Bankruptcy Code, for an order dismissing this case, and in support of this motion states the following:

    1. The Debtor previously filed a Chapter 11 proceeding on October 23, 2008, Case No. 08-14135.

    2. By Order dated January 8, 2009, the Court determined that the Debtor is a "single asset real estate" entity, pursuant to the provisions of 11 U.S.C. §101(51B).

    3. The Debtor proposed a Plan of Reorganization, and amended that Plan several times before the Court confirmed the Plan by Order dated November 3, 2009. Debtor projected, and committed to, a certain level of sales contracts and closings per month. Exhibit "A" to the Plan, as amended, set forth a schedule of proposed sales, beginning in November 2009. The Plan default provision ( in essence, a "drop dead" provision expressly required by the Court as a condition to confirmation of the Plan) stated.

> In the event the Debtor fails to present a signed sales contract for the number of sales of Debtor's units projected on Exhibit A for a specified month at a price equal to or greater than the prices set out on the Minimum Release Price Schedule or fails to close any such sale by the end of the succeeding month, the Debtor shall be in Sales Default under the provisions of this Plan.

HI's Restated Amended and Modified Plan of Reorganization, 10/30/09, p. 8, ¶4.1.

    4. The Debtor has been in "Sales Default", as defined in the confirmed Plan, every

month since the Plan was confirmed. Debtor has failed to meet its sales and closing projections for November 2009 through June 2010. Debtor was also in default from November 2009 through April 2010, before the BP oil spill. RBC REFI proceeded with noticing a foreclosure sale, which was scheduled for July 23, 2010. Debtor filed this second Chapter 11 case hours before the scheduled sale (which has been postponed to August 27, 2010).

5. There is cause for dismissing this case pursuant to §1112(b), including, but not limited to: substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; inability to effectuate substantial consummation of a confirmed plan; material default by the Debtor with respect to a confirmed plan, and lack of good faith in refiling this chapter 11 petition.

WHEREFORE, RBC REFI requests that the Court, after notice and a hearing, enter an order dismissing this case, and enjoining the Debtor from refiling a case under Chapter 11 or Chapter 7 for a period of 90 days, and grant such other and further relief as is just.

/s/ W. Alexander Gray, Jr.
W. Alexander Gray, Jr.

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251/343-0800
Fax: 251/343-0862
E-mail: lvoit@silvervoit.com
LS-7621-12959/mm

Attorneys for RBC Real Estate Finance, Inc.

CERTIFICATE OF SERVICE

I, W. Alexander Gray, Jr., do hereby certify that I have served a copy of the foregoing pleading upon Irvin Grodsky, P.O. Box 3123, Mobile, Alabama 36652, Donald J. Stewart, Cabaniss, Johnston, Gardner, Dumas & O'Neal, 700 Riverview Plaza, Mobile, Alabama 36602 and Travis M. Bedsole, Jr., U.S. Bankruptcy Administrator, P.O. Box 3083, Mobile, Alabama

36652-3083, via U.S. mail, properly addressed and first class postage prepaid, or via electronic notice, as applicable, on this the 23rd day of July, 2010.

/s/ W. Alexander Gray, Jr.
W. Alexander Gray, Jr.